UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES P. VANDER SALM and JESSICA T. VANDER SALM, as Trustees of the Judith P. Vander Salm Irrevocable Trust, Plaintiffs <br><br> v. <br><br> BAILIN & ASSOCIATES, INC. The SALISBURY HILL CONDOMINIUM TRUST, PETER T. KARASSIK, individually and as Trustee of the Salisbury Hill Condominium Trust, JOHN L. MACKOUL, individually and as Trustee of the Salisbury Hill Condominium Trust, BERNARD BAILIN, as Trustee of the Salisbury Hill Condominium Trust, THOMPSON-LISTON ASSOCIATES, INC., PATRICK J. HEALY, individually, ROTTI CONSTRUCTION COMPANY, INC., WALTER R. ROTTI, individually, ECOTEC, INC., and PAUL J. MCMANUS, individually, Defendants. | C.A. NO.: 4:11-cv-40180-TSH |

## **DEFENDANT ECOTEC, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1 Defendant EcoTec, Inc. states that it has no parent corporation and that there is no publicly held corporation owning 10% or more of its stock.

Respectfully submitted,
**ECOTEC, INC.**
By its Attorneys,

*/s/ Philip M. Hirshberg*
_____
Philip M. Hirshberg, BBO #567234
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500

Dated:  November 29, 2011     phirshberg@morrisonmahoney.com

1335014v1

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 29, 2011.

*/s/ Philip M. Hirshberg*
_____
Philip M. Hirshberg, BBO #567234